# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**

*Plaintiff-Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION, STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, CLEVELAND-CLIFFS INC., NUCOR CORPORATION,**

*Defendants-Appellees*.

On Appeal from the United States Court of International Trade,
Case No. 1:22-cv-00349-TMR (Judge Timothy M. Reif)

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Federal Circuit Rule 47.3(c), Defendant-Appellee U.S. International Trade Commission ("the Commission") hereby provides notice of withdrawal of Andrea C. Casson as counsel for the Commission in the above-captioned appeal. Ravi D. Soopramanien will remain as principal counsel of record for the Commission.

Respectfully submitted,


/s/ *Ravi D. Soopramanien*

Ravi D. Soopramanien
Attorney Advisor
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC  20436
Tel: (202) 205-3492
ravi.soopramanien@usitc.gov

*Counsel for Defendant-Appellee*
*U.S. International Trade Commission*

Date: April 6, 2026